IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SOUTHPOINT BANK**                                                                        **PLAINTIFF**

**v.**                        **CIVIL ACTION NO.: 3:21-cv-156-TSL-MTP**

**ORIGIN BANK**                  **DEFENDANT**

and

**PLANTERS BANK & TRUST COMPANY and**
**PEOPLES BANCSHARES, INC. d/b/a PEOPLES BANK**     **PLAINTIFFS**

**v.**                        **CIVIL ACTION NO.: 3:21-cv-381-KHJ-MTP**

**ORIGIN BANK**                  **DEFENDANT**

and

**FIRST BANK**                  **PLAINTIFF**

**v.**                        **CIVIL ACTION NO.: 3:21-cv-392-HTW-LGI**

**ORIGIN BANK**                  **DEFENDANT**

## ORDER DENYING MOTION [167]

THIS MATTER is before the Court on Defendant Origin Bank's Emergency Motion to Continue January 4, 2022 Discovery Conference [167]. The Court having carefully considered the Motion finds that it should be DENIED.

Origin Bank maintains that because it has moved for summary judgment [164], and to stay the case or bifurcate certain issues [168], the Court should not hold the discovery conference or address the pending motions to compel discovery. It reasons that should the Court grant these motions, "or forthcoming motions," certain discovery may not be necessary. Planters

1

Bank & Trust Company opposes the Motion, maintaining that Origin has avoided its discovery obligations for some time and that further delay is not warranted.

The discovery requests at issue were propounded on August 26, 2021, long before the pending motions were filed, and numerous issues arising out of these requests remain unresolved. The Court intends to resolve or decide these discovery disputes as soon as possible and the discovery conference will aid the Court in doing so. The Motion will be denied, and the conference will proceed as scheduled.

IT IS, THEREFORE, ORDERED that Defendant Origin Bank's Emergency Motion to Continue January 4, 2022 Discovery Conference [167] is DENIED.

SO ORDERED this the 28th day of December, 2021.

s/Michael T. Parker<br>
UNITED STATES MAGISTRATE JUDGE